UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

LYNCHBURG DIVISION

```
)))))))))))))))))))))))))))))))))))))))))))))))))))))))
US. Bank Trust, N.A. as Trustee for LSF10, et al.   )
                                                    )
        Respondent / Plaintiff(s),                  )
                                                    )
                                                    )    Case No.: 6:24-cv-00036-RSB
Vs.                                                 )
                                                    )
                                                    )
                                                    )
                                                    )    MOTION FOR RECUSAL
                                                    )
                                                    )
                                                    )
Ralph L. Hayes                                      )
                                                    )
Catherine B. Hayes                                  )
                                                    )
        Petitioner / Defendant(s).                  )
)))))))))))))))))))))))))))))))))))))))))))))))))))))))
```

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 05 2025

LAURA A. AUSTIN, CLERK
BY: /s/ [signature]
    DEPUTY CLERK

## MOTION TO RECUSE

Now comes the above named, Ralph L. Hayes and moves to recuse Judge Robert S. Ballou from the above-entitled matter under 28 USCS Sec. 455, and *Marshall v Jerrico Inc.*, 446 US 238, 242, 100 S.Ct. 1610. 64 :/ Ed/ 2d 182 (1980).

*"The neutrality requirement helps to guarantee that life, liberty, or property will not be taken on the basis of an erroneous or distorted conception of the facts or the law."*

The above is applicable to this court by application of Article VI of the United States Constitution and <u>Stone v Powell</u>, 428 US 465, 483 n. 35, 96 S. Ct. 3037, 49 L. Ed. 2d 1067 1976).

*"State courts, like federal courts, have a constitutional obligation to safeguard personal liberties and to uphold federal law."*

The above-mentioned Judge after taking over Case No. 6:22-cv-00040-RSB from Judge Norman K. Moon, recused himself on May 31, 2023, has in the past deliberately violated litigants' liberties and/or has wantonly refused to provide due process and equal protection to the litigants before the court or has behaved in a manner that is inconsistent with that which is needed for full, fair, impartial hearing(s), denied his right to mediation,

denied trial by Jury. After Defendant filed attached Response stamped, January 17, 2025 a on January 29, 2025, Video Hearing demonstrates the above-mentioned Judge actions during the hearing informing defendant that he is aware of previous case filed and the Appeals Court had Affirm. (PLEASE LISTEN TO THE TRANSCRIPT). The attached "PROCEEDINGS:" entered is bias since the Court failed to enter the reason for "walk off camera", my medication was on the bookcase and the stress for the Judge and Counsel for the Plaintiff to "identify" who LSF10 is including correct mailing address, showed returned envelopes stamp "RETURN TO SENDER". The Plaintiff's Counsel failed to identify his clients full name including Judge Ballou, both address "LSF10" as the "BANK". I immediately informed the Court that a Bank would have a legal address to contact them, this "BANK" has none, FRAUD and CONSPIRACY TO DEFRAUD.

*"Fay Servicing, LLC was never a servicer of the alleged loan, instead is a plot to defraud defendant of his property by providing fraudulent loan documents without validating"*

The United States Constitution guarantees an unbiased Judge who will always provide litigants will full protection of ALL RIGHTS. Therefore, Petitioner respectfully demands said Judge recuse themselves considering the evidence attached as Exhibit 1 detailing prior unethical and/or illegal conduct (*the attached Motions and other documents that was filed from December 2024 – January 27, 2025 Judge Ballou has not been granted / denied stated in hearing that he will "MOOT" the "Accommodations"*) has or conduct which gives Petitioner good reason to believe the above Judge cannot hear the above case in a fair and impartial manner. The attached documents prove no ownership by Respondents instead committed FRAUD. The Federal Agencies to investigate has NOT responded to my complaints.

## CERTIFICATE OF SERVICE

I certify that on February 28, 2025, this **MOTION** was post marked and mailed on February 28, 2025, to the Office of the Clerk United States District for the Western District of Virginia to be filed and certifies that a true copy will be served by either First Class Mail or Electronic Mail to all parties, addressed as shown below:

Respectfully submitted,

Ralph L. Hayes, Defendant          Dated: February 28, 2025
In Pro Se, Disabled Veteran TDIU 100%

Copy:

Fay Servicing, LLC
Attn: Ed Fay, President/CEO
Suite 2000
425 S. Financial Place
Chicago IL 60605-1000

2

U.S. Bank Trust National Association, not in its
Individual capacity, but solely as Trustee of LSF10
Master Participation Trust
9th Floor
300 Delaware Street
Wilmington DE 19801

U.S. Bank Trust National Association, not in its
Individual capacity, but solely as Trustee of LSF10
Master Participation Trust
Brock & Scott, PLLC
Attn: Robert Oliveri (VSB #47247)
Suite 170
484 Viking Drive
Virginia Beach VA 23452
(910) 202-0707
robert.oliveri@brockandscott.com

The White House
1600 Pennsylvania Avenue, NW
Washington DC 20500

3

## FEDERAL AND STATE AGENCIES COMPLAINT FILED TO INVESTIGATE FRAUD

FBI – Richmond
Attn: Stanley M. Meador
Special Agent in Charge
White Collar Crimes
1970 East Parham Road
Richmond VA 23228
(804) 261-1044

U.S. Postal Inspection Service
Criminal Investigations Service Center
Attn: Mail Fraud C#2204512 & 2210027
Room 3255
433 W. Harrison Street
Chicago IL 60699-3255
(877) 876-2455

U.S. Department of Justice
Civil Rights Division
Record No.: 54462-KWT
950 Pennsylvania Avenue, NW
Washington DC 20530-0001
(202) 514-3847
Email: ask.CRT@us.doj.gov

Consumer Financial Protection Bureau (CFPB)
Attn: Regional Director, Midwest Region
CFPB No.: 230425-10938150
CFPB No.: 240718-15246043
Suite 1590
230 S. Dearborn Street
Chicago IL 60604

Department of the Treasury
Internal Revenue Service
Attn: Complaint Dept
PO Box 3801
Ogden UT 84409

Commonwealth of Virginia
State Corporation Commission
Bureau of Financial Institutions
Attn: Melissa McCollum
Complaint No. 24959
PO Box 640

Richmond VA 23218-0640

Office of the Comptroller of the Currency (OCC)
Customer Assistance Group (CAG)
Case #CS0364389
PO Box 53570
Houston TX 77052
(P) (800) 613-6743
(F) (713) 336-4301

Federal Trade Commission (FTC)
Consumer Response Center
600 Pennsylvania Avenue, NW
Washington DC 20580
(202) 326-2222